# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| A.R.W., and Joann Walker, as parent and legal guardian of A.R.W., <br><br> Plaintiff <br><br> v. <br><br> Clark County School District, et al., <br><br> Defendants | Case No. 2:25-cv-01496-CDS-EJY <br><br> **Order Directing Clerk of Court to Seal First Amended Complaint and Plaintiff to Redact** <br><br> [ECF No. 8] |

    The first amended complaint identifies a minor by name. *See* Am. Compl., ECF No. 8. Under LR IC 6-1, parties must refrain from including—or must partially redact, where inclusion is necessary—the names of minor children from all documents filed with the court, including exhibits, whether filed electronically or in paper. If the involvement of a minor child must be mentioned, only the initials of that child should be used (this includes the case caption). The responsibility for redacting personal identifiers rests solely with attorneys and the parties.

    The Clerk of Court is kindly directed to seal the amended complaint (ECF No. 8). Plaintiff is ordered to file a redacted version of the amended complaint that complies with LR IC 6-1(a)(2) using the "Notice of Corrected Image" event before September 10, 2025. Counsel is ordered that they must become familiar with, and follow, the Court's Local Rules of Practice in all future filings.

Dated: September 3, 2025

                                                      _____
                                                      Cristina D. Silva
                                                      United States District Judge