CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. PUGH, ESQ.
Nevada Bar No. 12396
BETTY J. FOLEY, ESQ.
Nevada Bar No. 14517
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Telephone:  (702) 799-5373
Facsimile:   (702) 799-7243
herrec4@nv.ccsd.net
foleybj@nv.ccsd.net
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOANN WALKER, as natural parent and legal guardian of A. R. W., <br><br>Plaintiff, <br><br>v. <br><br>CLARK COUNTY SCHOOL DISTRICT, an agency and/or political subdivision of the STATE OF NEVADA; GREENSPUN JUNIOR HIGH SCHOOL; DOE SCHOOL TEACHERS 11-20; DOE SCHOOL STAFF 21-30; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br>Defendants. | CASE NO.:  2:25-cv-01496-CDS-EJY <br><br><br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSES TO PLAINTIFF'S AMENDED COMPLAINT** <br><br>**[FIRST REQUEST]** |

Plaintiff Joanna Walker, as natural parent and legal guardian of A.R.W., and Defendants Clark County School District and Greenspun Junior High School (collectively, "Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file their responses to Plaintiff' First Amended Complaint (ECF Nos. 8, 11) from the current deadline of September 17, 2025 to **October 1, 2025**.

The requested extension is necessary in light of the fact that certain federal claims were removed from Plaintiffs' operative complaint and require further evaluation as to the remaining

claims asserted against Defendants. This additional time will allow defense counsel to evaluate whether remand to state court is appropriate and/or prepare a proper response to the First Amended Complaint. This is the first request for an extension of time to respond to Plaintiffs' First Amended Complaint and is made in good faith and not for the purpose of undue delay.

DATED: September 16, 2025.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Crystal J. Pugh*
   Crystal J. Pugh, Esq.
   Nevada Bar No. 12396
   Betty J. Foley, Esq.
   Nevada Bar No. 14517
   5100 West Sahara Avenue
   Las Vegas, NV 89146
   *Attorney for Defendants*

DATED: September 16, 2025.

THE 702 FIRM INJURY ATTORNEYS

By: */s/Brett J. Schwartz*
   Brett J. Schwartz, Esq.
   Nevada Bar No. 13755
   8335 W. Flamingo Rd.
   Las Vegas, NV 89147
   *Attorney for Plaintiff*

**IT IS SO ORDERED.**

DATED:  September 17, 2025.

_____
UNITED STATES MAGISTRATE JUDGE