| | |
|---|---|
| 1 | MICHAEL C. KANE, ESQ. |
| | Nevada Bar No. 10096 |
| 2 | BRADLEY J. MYERS, ESQ. |
| | Nevada Bar No. 8857 |
| 3 | BRETT J. SCHWARTZ, ESQ. |
| 4 | Nevada Bar No. 13755 |
| | **THE702FIRM INJURY ATTORNEYS** |
| 5 | 8335 W. Flamingo Road |
| | Las Vegas, Nevada 89147 |
| 6 | Telephone:   (702) 776-3333 |
| | Facsimile:   (702) 505-9787 |
| 7 | E-Mail:   service@the702firm.com |
| 8 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| A.R.W., and JOANN WAKLER, as parent and legal guardian of A.R.W. | Case No.: 2:25-cv-01496-CDS-EJY |
| Plaintiff | **STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |
| v. | [ECF No. 18] |
| CLARK COUNTY SCHOOL DISTRICT, an agency and/or political subdivision of the STATE OF NEVADA; GREENSPUN JUNIOR HIGH SCHOOL; DOE SCHOOL ADMINISTRATORS 1-10, DOE SCHOOL TEACHERS 11-20; DOE SCHOOL STAFF 21-30; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants | |

COMES NOW, Plaintiffs, A.R.W. and JOANN WALKER, by and through their counsel of record, MICHAEL C. KANE, ESQ., BRADLEY J. MYERS, ESQ., and BRETT J. SCHWARTZ of THE702FIRM INJURY ATTORNEYS, and Defendants, CLARK COUNTY SCHOOL DISTRICT and GREENSPUN JUNIOR HIGH SCHOOL by and through their counsel of record, CRYSTAL J. PUGH, ESQ. and BETTY J. FOLEY, ESQ. of CLARK COUNTY

SCHOOL DISTRICT'S OFFICE OF GENERAL COUNSEL, hereby submit this Stipulation and Order to remand this case to Clark County District Court. It is hereby stipulated and agreed upon:

1. This action was originally filed in the Eighth Judicial District Court, County of Clark, State of Nevada, Case No. A-25-923006-C, on July 11, 2025.

2. On August 14, 2025, Defendants removed this action to the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 131, 1441, and 1446.

3. After further review and consideration, the parties have determined that this Court lacks subject matter jurisdiction over this action and that remand to state court is appropriate in the interests of justice and judicial economy.

4. The parties therefore jointly request that this Court remand this action to the Eighth Judicial District Court, County of Clark, State of Nevada, pursuant to 28 U.S.C. § 1447(c).

. . .

. . .

. . .

. . .

5. Counsel to this matter have agreed to the use of their e-signatures via email correspondence, attached hereto as Exhibit 1.

Respectfully submitted,

DATED this 27th day of October, 2025.

| THE702FIRM INJURY ATTORNEYS | CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENEAL COUNSEL |
|---|---|
| /s/ Brett J. Schwartz, Esq. <br> MICHAEL C. KANE, ESQ. <br> Nevada Bar No. 10096 <br> BRADLEY J. MYERS, ESQ. <br> Nevada Bar No. 8857 <br> BRETT J. SCHWARTZ, ESQ. <br> Nevada Bar No.: 13755 <br> 8335 W. Flamingo Rd. <br> Las Vegas, Nevada 89147 <br> *Attorneys for Plaintiff* | /s/ Ryan Herrick, Esq. <br> CRYSTAL J. PUGH, ESQ. <br> Nevada Bar No. 12396 <br> BETTY J. FOLEY, ESQ. <br> Nevada Bar No. 14517 <br> RYAN W. HERRICK, ESQ. <br> 5100 W. Sahara Avenue <br> Las Vegas, Nevada 89146 <br> *Attorney for Defendants* |

## ORDER

It is hereby ordered that:

1. The above-captioned action is **REMANDED** to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-25-923006-C, Department 14.

2. The Clerk of this Court must mail a certified copy of this order to the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

3. All pending deadlines in this Court are **VACATED**.

4. The Clerk of Court is kindly directed to **CLOSE THIS CASE**.

Dated: October 28, 2025

_____
United States District Judge